Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE OCLARINO, an individual, | Case No.: 2:16-cv-01533-MCE-EFB |
| Plaintiff, | **Notice of Settlement** |
| v. | |
| MOUNTAIN LION ACQUISITIONS, INC., a corporation, and LAW OFFICE OF D. SCOTT CARRUTHERS, a professional law corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties have settled the case as of November 29, 2017. Plaintiff requests that the case not be dismissed at this time so the parties can complete the settlement at which time a dismissal will be filed.

DATE: November 29, 2017        BY: /s/Jeremy S. Golden_____
                               Jeremy S. Golden
                               Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28