Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE OCLARINO, an individual, | Case No.: 2:16-cv-01533-MCE-EFB |
| Plaintiff, | **Order for Dismissal** |
| v. | |
| MOUNTAIN LION ACQUISITIONS, INC., a corporation, and LAW OFFICE OF D. SCOTT CARRUTHERS, a professional law corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to the stipulation of the parties, the entire above action is hereby DISMISSED with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: January 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

Order for Dismissal